359 A.2d 927
COMMONWEALTH
v.
HARRIS, Appellant.

Submitted April 12, 1976.   John H. Corbett, Jr., Trial Defender, and Ralph J. Cappy, Public Defender, for appellant; Louis R. Paulick, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

360 A.2d 633
COMMONWEALTH
v.
HARRIS, Appellant.

Submitted March 17, 1975.